1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO, | Case No.  1:21-cv-01616-NONE-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT |
| v. | (ECF No. 2) |
| SANTORO, *et al.*, | ORDER DENYING PLAINTIFF'S MOTION REQUESTING NORTH KERN STATE PRISON TO SEND FILING FEE TO THE COURT AS MOOT |
| Defendants. | (ECF No. 9) |
| | ORDER VACATING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| | (ECF No. 8) |

Plaintiff Stewart Manago ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on November 5, 2021, together with a motion requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF Nos. 1, 2.)

On November 8, 2021, the undersigned issued findings and recommendations recommending that Plaintiff's application to proceed *in forma pauperis* be denied and that Plaintiff be required to pay the $402.00 filing fee in full to proceed with this action.  (ECF No. 8.) Those findings and recommendations were served on Plaintiff and contained notice that any

1

1   objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2.)

2          On November 22, 2021, Plaintiff filed a motion to direct prison officials at North Kern

3   State Prison to send the $402.00 filing fee out of Plaintiff's prison account.  (ECF No. 9.)  On

4   November 29, 2021, the Court received the $402.00 filing fee from Plaintiff's trust account.

5          As the filing fee has been paid in full, Plaintiff's motion to proceed *in forma pauperis* and

6   motion for an order directing prison officials to send the filing fee from Plaintiff's prison account

7   are now moot.  Plaintiff's complaint will be screened in due course.

8          Accordingly, IT IS HEREBY ORDERED as follows:

9   1.  Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 2), is DENIED as moot;

10  2.  Plaintiff's motion to direct prison officials to North Kern State Prison to send the filing fee

11      out of Plaintiff's prison account, (ECF No. 9) is DENIED as moot; and

12  3.  The findings and recommendations to deny Plaintiff's motion to proceed *in forma*

13      *pauperis*, (ECF No. 8), are VACATED.

14

15  IT IS SO ORDERED.

16  Dated:   **December 1, 2021**          /s/ *Barbara A. McAuliffe*

17                                          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28